# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 6, 2020

Lyle W. Cayce
Clerk

No. 20-50072
Summary Calendar

Mark Joseph Watson, ens legis,

*Plaintiff—Appellant*,

*versus*

Bell County, Texas,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CV-626

Before Clement, Higginson, and Engelhardt, *Circuit Judges*.
Per Curiam:*

Mark Joseph Watson filed a complaint against Bell County Texas that contained allegations involving a maritime lien, admiralty jurisdiction, the Uniform Commercial Code, infringement on his copyrighted corporate fiction, the Carmack Amendment, attempted service of non-judicial

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 20-50072

foreclosure documents, and a bill of lading valuing those foreclosure documents at $1,251,415.19, the amount he demanded from the County.  The district court concluded that Watson had "filed suit in federal court because [Bell County] did not allow him to foreclose on a traffic ticket and then kept the submitted paperwork" and granted the County's motion to dismiss.  Watson now appeals and moves for summary reversal.

Upon review of the briefs and the record, we conclude that Watson's arguments are frivolous and entirely without merit, and we therefore deny his motion for summary reversal and dismiss the appeal.  *See* 5TH CIR. R. 32.2; *Crain v. Comm'r*, 737 F.2d 1417, 1417-18 (5th Cir. 1984).  Watson is warned that any future frivolous, repetitive, or otherwise abusive filings may result in the imposition of sanctions, including dismissal, monetary sanctions, and limits on his ability to file pleadings in this court and any court subject to this court's jurisdiction.  Watson is further warned that he should review any pending appeals and actions and move to dismiss any that are frivolous.

DISMISSED AS FRIVOLOUS; MOTION DENIED; SANCTION WARNING ISSUED.